UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

FOOS MAHAMED MAHAMUD,

               Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, Nebraska Service Center of USCIS/DHS, JEFFERSON B. SESSIONS III,[1] JAMES MCCAMENT, Acting Director,[2] and MARK HAZUDA,

               Defendants.

Civil No. 16-2609 (JRT/HB)

**ORDER ON REPORT AND RECOMMENDATION**

---

    Obi E. Chukwu, **PASCHAL NWOKOCHA & CHUKWU LLC,** 105 Fifth Avenue South, Suite 550, Minneapolis, MN 55401, for plaintiff,

    Hans H. Chen, **UNITED STATES DEPARTMENT OF JUSTICE,** Civil Division Office of Immigration Litigation, District Court Section, P.O. Box 868, Washington, DC 20044, for defendants.

    The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

---

[1]     Jefferson B. Sessions III, is now the Attorney General of the United States. Pursuant to Federal Rule of Civil Procedure Rule 25(d), Jefferson B. Sessions III is substituted for Loretta Lynch as the Defendant in this action.

[2]     James McCament is now the Acting Director of U.S. Citizenship and Immigration Services. Pursuant to Federal Rule of Civil Procedure Rule 25(d), James McCament is substituted for Leon Rodriguez as the Defendant in this action.

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendants' Motion to Dismiss [Doc. No. 9] is **GRANTED**; and

3. Plaintiff's Complaint is D**ISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 20, 2017
at Minneapolis, Minnesota

                                                  s/John R. Tunheim
                                                  JOHN R. TUNHEIM
                                                        Chief Judge
                                        United States District Court